**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Andrew SOKOLOW,
Defendant–Appellant.**

**No. 85–1021.**

United States Court of Appeals,
Ninth Circuit.

June 12, 1989.

Before FERGUSON, NORRIS and WIGGINS, Circuit Judges.

In this case, with Judge Wiggins dissenting, the judgment of conviction of the defendant by the district court was reversed. *United States v. Sokolow*, 831 F.2d 1413 (9th Cir.1987).

On April 3, 1989, the Supreme Court reversed the judgment of this court and remanded the case for further proceedings consistent with its opinion. *United States v. Sokolow*, —— U.S. ——, 109 S.Ct. 1581, 104 L.Ed.2d 1 (1989).

In accordance with that mandate, the defendant's judgment of conviction by the district court is

AFFIRMED.